## United States Bankruptcy Court
### Northern District of Iowa

In re: Adam Edward Burken / Kimberly Ann Burken, Debtor(s)

Case No.  
Chapter: 7

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Adam Edward Burken__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

    Number of advices attached:  
    Period covered by advices:  
    Number of Employers providing advices:

I, __Kimberly Ann Burken__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

    Number of advices attached:  
    Period covered by advices:  
    Number of Employers providing advices:

Date: September 9, 2019  
Signature: /s/ Adam Edward Burken  
Adam Edward Burken  
Debtor

Date: September 9, 2019  
Signature: /s/ Kimberly Ann Burken  
Kimberly Ann Burken  
Joint Debtor

| Statement of Earnings For: | | Kimberly A Burken | | | | | true. Fitness Life | | |
|---|---|---|---|---|---|---|---|---|---|
| Period Begin | 8/18/2019 | Company Id | 014122 | Employee Number | 2419 | | 340 E 12th St | | |
| Period End | 8/31/2019 | Department | 2 | Pay Group | 14122 Bi-Weekly | | Dubuque, IA 52003 | | |
| Check Date | 9/6/2019 | | | SSN | XXX-XX-7707 | | | | |
| Federal Filing | Married | Res State IA | Married | | | | | | |
| Fed Exempts | 0 | Work State IA | | | | | IA Exemptions | 0 | IA Additional |
| Fed Additional | | | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 11235 | $191.56 | $209.00 | $191.56 | |

| | | EARNINGS | | | *Not included in Totals | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| REGULAR | 8.0000 | 18.00 | 144.00 | 63.50 | 508.00 | SOC SEC EE | 12.96 | 83.98 | | | |
| 1C-REGULAR | 12.5000 | 1.00 | 12.50 | 4.00 | 50.00 | MED EE | 3.03 | 19.64 | | | |
| 1D-REGULAR | 17.5000 | 3.00 | 52.50 | 29.00 | 507.50 | IOWA WH | 1.45 | 16.94 | | | |
| 1B-REGULAR | | 0.00 | 0.00 | 17.00 | 289.00 | | | | | | |

| Wages | | 22.00 | 209.00 | 113.50 | 1,354.50 | Total: | 17.44 | 120.56 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | | | | |
| Accrual Type | | | | | | | | | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | Kimberly A Burken | | | | | true. Fitness Life |
|---|---|---|---|---|---|---|
| Period Begin | 8/4/2019 | Company Id | 014122 | Employee Number | 2419 | 340 E 12th St |
| Period End | 8/17/2019 | Department | 2 | Pay Group | 14122 Bi-Weekly | Dubuque, IA 52003 |
| Check Date | 8/23/2019 | | | SSN | XXX-XX-7707 | |
| Federal Filing | Married | Res State IA | Married | | | IA Exemptions 0 / IA Additional |
| Fed Exempts | 0 | Work State IA | | | | |
| Fed Additional | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 11225 | $332.10 | $367.00 | $332.10 | |

**EARNINGS** — *Not included in Totals | **TAXES** | **DEDUCTIONS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 8.0000 | 20.00 | 160.00 | 45.50 | 364.00 | SOC SEC EE | 22.75 | 71.02 | | | |
| 1B-REGULAR | 17.0000 | 6.00 | 102.00 | 17.00 | 289.00 | MED EE | 5.32 | 16.61 | | | |
| 1D-REGULAR | 17.5000 | 6.00 | 105.00 | 26.00 | 455.00 | IOWA WH | 6.83 | 15.49 | | | |
| 1C-REGULAR | | 0.00 | 0.00 | 3.00 | 37.50 | | | | | | |
| Wages | | 32.00 | 367.00 | 91.50 | 1,145.50 | Total: | 34.90 | 103.12 | Total: | 0.00 | 0.00 |

**LEAVE ACCRUAL** | **DISTRIBUTION OF NET PAY**

Accrual Type

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

| Statement of Earnings For: | Kimberly A Burken | | | | | true. Fitness Life 340 E 12th St Dubuque, IA 52003 | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 7/21/2019 | Company Id | 014122 | Employee Number | 2419 | | | |
| Period End | 8/3/2019 | Department | 2 | Pay Group | 14122 Bi-Weekly | | | |
| Check Date | 8/9/2019 | | | SSN | XXX-XX-7707 | | | |
| Federal Filing | Married | Res State IA | Married | | | IA Exemptions | 0 | IA Additional |
| Fed Exempts | 0 | Work State IA | | | | | | |
| Fed Additional | | | | | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 11215 | $262.85 | $288.50 | $262.85 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| REGULAR | 8.0000 | 16.50 | 132.00 | 25.50 | 204.00 | SOC SEC EE | 17.89 | 48.27 | | | |
| 1B-REGULAR | 17.0000 | 2.00 | 34.00 | 11.00 | 187.00 | MED EE | 4.18 | 11.29 | | | |
| 1D-REGULAR | 17.5000 | 7.00 | 122.50 | 20.00 | 350.00 | IOWA WH | 3.58 | 8.66 | | | |
| 1C-REGULAR | | 0.00 | 0.00 | 3.00 | 37.50 | | | | | | |
| Wages | | 25.50 | 288.50 | 59.50 | 778.50 | Total: | 25.65 | 68.22 | Total: | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|
| Accrual Type | | | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

# FBL Financial Group, Inc.

5400 University Ave
West Des Moines, IA 50266-5950
515-225-5400

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/01/2019 |
| Period End Date | 08/31/2019 |
| Pay Date | 08/16/2019 |
| Document | 465704 |
| Net Pay | $3,593.30 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Adam Burken | Employee Number | 14969 | Pay Group | FBL Exempt | Federal Income Tax | S | 0 |
| 1848 Amelia Dr | SSN | XXX-XX-1162 | Location | Iowa Home Address | IA State Income Tax (Residence) | S | 0 |
| Dubuque, IA 52001 | Job | Commercial Underwriter I | CostCenter | 832000 - Iowa Commercial | IA State Income Tax (Work) | S | 0 |
| USA | Pay Rate | $33.5449 | BudgetCenter | 8720 - Iowa Commercial | | | |
| | Pay Frequency | Monthly | | | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Education Bonus | 0.0000 | $0.00 | $75.00 |
| GTL Tax Value | | $7.38 | $59.04 |
| Reg Pay Salary | 167.9167 | $5,632.75 | $44,841.10 |

Total Hours Worked  0.0000          Total Hours  167.9167

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contr Enh | Yes | $450.62 | $3,538.06 | $0.00 | $0.00 |
| AD&D Employee1x | No | $2.90 | $23.20 | $0.00 | $0.00 |
| Dental Ins | Yes | $14.23 | $113.84 | $80.63 | $645.04 |
| Dependent Life | No | $7.00 | $56.00 | $0.00 | $0.00 |
| GTL Tax Value | No | $7.38 | $59.04 | $0.00 | $0.00 |
| Medical $1500 | Yes | $264.38 | $2,115.04 | $1,218.71 | $9,832.39 |
| Travel Expense | No | $0.00 | $329.11 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $663.98 | $5,294.48 |
| Employee Medicare | $77.74 | $619.82 |
| Social Security Employee Tax | $332.42 | $2,650.27 |
| IA State Income Tax | $226.18 | $1,804.97 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8081 | Checking | $3,593.30 |
| Total | | $3,593.30 |

## Pay Summary

https://n11.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=BG6EOA00Y1U0...    9/8/2019

|         | Gross       | FIT Taxable Wages | Taxes       | Deductions | Net Pay     |
|---------|-------------|-------------------|-------------|------------|-------------|
| Current | $5,640.13   | $4,910.90         | $1,300.32   | $746.51    | $3,593.30   |
| YTD     | $44,975.14  | $39,208.20        | $10,369.54  | $6,234.29  | $28,371.31  |

# FBL Financial Group, Inc.

5400 University Ave
West Des Moines, IA 50266-5950

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/01/2019 |
| Period End Date | 07/31/2019 |
| Pay Date | 07/18/2019 |
| Document | 462587 |
| Net Pay | $3,637.25 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Adam Burken | Employee Number | 14969 | Pay Group | FBL Exempt | Federal Income Tax | S 0 |
| 1848 Amelia Dr | SSN | XXX-XX-XXXX | Location | Iowa Home Address | IA State Income Tax (Residence) | S 0 |
| Dubuque, IA 52001 | Job | Commercial Underwriter I | CostCenter | 832000 - Iowa Commercial | IA State Income Tax (Work) | S 0 |
| USA | Pay Rate | $33.5449 | BudgetCenter | 8720 - Iowa Commercial | | |
| | Pay Frequency | Monthly | | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Education Bonus | | $75.00 | $75.00 |
| GTL Tax Value | | $7.38 | $51.66 |
| Reg Pay Exempt | 167.9167 | $5,632.75 | $39,208.35 |

Total Hours Worked 0.0000      Total Hours 167.9167

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contr Enh | Yes | $456.62 | $3,087.44 | $0.00 | $0.00 |
| AD&D Employee1x | No | $2.90 | $20.30 | $0.00 | $0.00 |
| Dental Ins | Yes | $14.23 | $99.61 | $80.63 | $564.41 |
| Dependent Life | No | $7.00 | $49.00 | $0.00 | $0.00 |
| GTL Tax Value | No | $7.38 | $51.66 | $0.00 | $0.00 |
| Medical $1500 | Yes | $264.38 | $1,850.66 | $1,218.71 | $8,613.68 |
| Travel Expense | No | $0.00 | $329.11 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $679.17 | $4,630.50 |
| Employee Medicare | $78.83 | $542.08 |
| Social Security Employee Tax | $337.06 | $2,317.85 |
| IA State Income Tax | $230.31 | $1,578.79 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8081 | Checking | $3,637.25 |
| Total | | $3,637.25 |

## Pay Summary

|         | Gross      | FIT Taxable Wages | Taxes     | Deductions | Net Pay    |
|---------|------------|-------------------|-----------|------------|------------|
| Current | $5,715.13  | $4,979.90         | $1,325.37 | $752.51    | $3,637.25  |
| YTD     | $39,335.01 | $34,297.30        | $9,069.22 | $5,487.78  | $24,778.01 |