Certificate Number: 15317-IAN-DE-033450203

Bankruptcy Case Number: 19-01233



15317-IAN-DE-033450203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 23, 2019</u>, at <u>9:59</u> o'clock <u>AM PDT</u>, <u>Adam E Burken</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:   <u>September 23, 2019</u>          By:   <u>/s/Marissa Bartolome</u>

                                         Name: <u>Marissa Bartolome</u>

                                         Title: <u>Counselor</u>