IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | No. 19-01233 |
| | ) | |
| ADAM EDWARD BURKEN AND | ) | Chapter 7 |
| KIMERLY ANN BURKEN, | ) | |
| | ) | |
| Debtor. | | |

Comes now Douglas R. Lindstrom, Jr. of Lane & Waterman, and enters his appearance on behalf of First Central State Bank in the above captioned matter.

**LANE & WATERMAN LLP**

By: _/s/Douglas R. Lindstrom, Jr._
Douglas R. Lindstrom, Jr.  IS9998132
220 N. Main Street, Suite 600
Davenport, IA  52801
Telephone:  (563) 324-3246
Facsimile:  (563) 324-1616
E-Mail:  dlindstrom@l-wlaw.com

## **CERTIFICATE OF SERVICE**

On this 30th day of September, 2019, the document to which this Certificate is attached was served upon the parties via the bankruptcy court's electronic noticing system.

*/s/ Douglas R. Lindstrom, Jr.*