**Fill in this information to identify your case:**

Debtor 1   Kimberly A Burken
           First Name        Middle Name        Last Name

Debtor 2   Adam  E Burken
(Spouse, if filing) First Name  Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Iowa

Case number  19-01233
(If known)

# Official Form 427
## Cover Sheet for Reaffirmation Agreement                                             12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

| | | |
|---|---|---|
| 1. Who is the creditor? | DuTrac Community Credit Union <br> Name of the creditor | |
| 2. How much is the debt? | On the date that the bankruptcy case is filed $ 7,694.85 <br> To be paid under the reaffirmation agreement $ 7,460.39 <br> $ 264.97 per month for 30 months (if fixed interest rate) | |
| 3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).) | Before the bankruptcy case was filed    4.99 % <br> Under the reaffirmation agreement    4.99 % ☑ Fixed rate <br> ☐ Adjustable rate | |
| 4. Does collateral secure the debt? | ☐ No <br> ☑ Yes. Describe the collateral. 2008 Chevrolet Silverado <br> Current market value $ 7,675.00 | |
| 5. Does the creditor assert that the debt is nondischargeable? | ☑ No <br> ☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable. | |
| 6. Using information from *Schedule I: Your Income* (Official Form 106I) and *Schedule J: Your Expenses* (Official Form 106J), fill in the amounts. | Income and expenses reported on Schedules I and J <br><br> 6a. Combined monthly income from line 12 of Schedule I  $ 4561⁷⁰ <br><br> 6b. Monthly expenses from line 22c of Schedule J  $ 4865⁹¹ <br><br> 6c. Monthly payments on all reaffirmed debts not listed on Schedule J  − $ ∅ <br><br> 6d. Scheduled net monthly income  $ (304²¹) <br> Subtract lines 6b and 6c from 6a. <br> If the total is less than 0, put the number in brackets. | Income and expenses stated on the reaffirmation agreement <br><br> 6e. Monthly income from all sources after payroll deductions  $ 4561⁷⁰ <br><br> 6f. Monthly expenses  − $ 4555⁹¹ <br><br> 6g. Monthly payments on all reaffirmed debts not included in monthly expenses  − $ ∅ <br><br> 6h. Present net monthly income  $ 5⁷⁹ <br> Subtract lines 6f and 6g from 6e. <br> If the total is less than 0, put the number in brackets. |

Official Form 427              Cover Sheet for Reaffirmation Agreement              page 1

| Debtor 1 | Kimberly & Adam Burken | Case number (if known) 19-01233 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| 7. Are the income amounts on lines 6a and 6e different? | ☒ No<br>☐ Yes. Explain why they are different and complete line 10. _____ |
|---|---|

| 8. Are the expense amounts on lines 6b and 6f different? | ☐ No<br>☒ Yes. Explain why they are different and complete line 10. **lower monthly expenses by $310 per month** |
|---|---|

| 9. Is the net monthly income in line 6h less than 0? | ☒ No<br>☐ Yes. A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10. |
|---|---|

| 10. Debtor's certification about lines 7-9<br><br>If any answer on lines 7-9 is Yes, the debtor must sign here.<br><br>If all the answers on lines 7-9 are No, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>X _[signature]_                          X _[signature]_<br>Signature of Debtor 1                     Signature of Debtor 2 (Spouse Only in a Joint Case) |
|---|---|

| 11. Did an attorney represent the debtor in negotiating the reaffirmation agreement? | ☐ No<br>☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>☐ No<br>☒ Yes |
|---|---|

## Part 2: Sign Here

| Whoever fills out this form must sign here. | I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement. |
|---|---|

X _Deborah S Wilson_                                                      Date  12-9-19
Signature                                                                              MM / DD / YYYY

Deborah S Wilson
Printed Name

Check one:

☐ Debtor or Debtor's Attorney
☒ Creditor or Creditor's Attorney

Form 2400A (12/15)

> Check one.
> ☐ Presumption of Undue Hardship
> ☒ No Presumption of Undue Hardship
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
Northern District of Iowa

In re Kimberly A Burken
Adam E Burken , Case No. 19-01233
*Debtor*

Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** DuTrac Community Credit Union

☒ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: Auto Loan
*For example, auto loan*

B. *AMOUNT REAFFIRMED*: $ 7,460.39

  The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

  *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 4.9900 %.

  *See definition of "Annual Percentage Rate" in Part V, Section C below.*

  This is a *(check one)* ☒ Fixed rate  ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☐    $ __264.97__ per month for __30__ months starting on __10/24/2019__.

☐    Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

     Description:      2008 Chevrolet Silverado
     Current Market Value      $ 7,675.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☐ Yes. What was the purchase price for the collateral?      $ _____

☑ No. What was the amount of the original loan?      $ 11,485.36

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ _____ | $ _____ |
| Annual Percentage Rate | _____ % | _____ % |
| Monthly Payment | $ _____ | $ _____ |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

     Check one.    ☑ Yes    ☐ No

B. Is the creditor a credit union?

     Check one.    ☑ Yes    ☐ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)      $_____

   b. Monthly expenses (including all reaffirmed debts except
   this one)      $_____

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)      $_____

   d. Amount of monthly payment required for this reaffirmed debt      $_____

   *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

   ☐ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:




   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☒ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 12-3-19   Signature _____  
                                    Debtor

Date 12-3-19   Signature _____  
                                    Joint Debtor, if any

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor  DuTrac Community Credit Union       3465 Asbury Rd. Dubuque, IA 52002
              *Print Name*                                    *Address*

Deborah S Wilson                      _Deborah Wilson_    12-9-19
*Print Name of Representative*          *Signature*        *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 12/3/19   Signature of Debtor's Attorney _____

               Print Name of Debtor's Attorney  Dustin Baker

# IOWA VEHICLE RETAIL INSTALLMENT CONTRACT

DATE: 03/10/2018  
CONTRACT NO. _____

**Dealer's (Creditor-Seller) Name and Address**  
MCGRATH HYUNDAI VOLKSWAGEN  
OF DUBUQUE  
2075 HOLLIDAY DR  
DUBUQUE IA 52002

**Buyer (and Co-Buyer) Name and Address**  
KIMBERLY ANN BURKEN  
ADAM EDWARD BURKEN  
1848 AMELIA DR  
DUBUQUE IA 52001-8324

## Description of Purchased Vehicle
☐ New  ☒ Used  ☐ Demo  ☐ Car  ☒ Truck

| Year | Make | Model | Body Type | V.I.N. |
|---|---|---|---|---|
| 2008 | CHEVROLET TRU | SILVERADO 1500 | EXT CAB 4WD 157.5WB | 2GCEK19028132059L |

Primary Use for Which Purchased: ☒ Personal, Household or Family  ☐ Business  ☐ Agricultural  ☐ Other

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | Total Sale Price  The total cost of your purchase on credit, including your down payment of $4779.94 |
|---|---|---|---|---|
| 4.99 % | $ 1233.20 | $ 11485.36 | $ 12718.56 | $ 17498.50 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 48 | 264.97 | MONTHLY BEGINNING: 04/24/2018 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**Security:** You are giving a security interest in the vehicle being purchased.  
**Late Charge:** If any payment is not paid in full within 10 days after it is due, you will be charged a maximum of $30.00 or an amount not exceeding 5% of the part of the payment which is late, whichever is less.  
**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.  
See the other side of this contract for additional terms including information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and security interest.

### INSURANCE COVERAGE
Physical Damage Insurance is required. You may obtain it from anyone who is acceptable to us or you may provide it through a policy you already have. If you get the insurance from us, the cost is shown on line 4o at right. INSURANCE OBTAINED FROM US DOES NOT INCLUDE LIABILITY FOR INJURY TO PERSONS OR DAMAGE TO PROPERTY OF OTHERS.

Term: N/A  months  
N/A  
Insurance Company Name

☐ Collision ($ N/A deductible)  
☐ Comprehensive ($ N/A deductible)  
☐ Other than collision

Credit life insurance and credit disability insurance are not required to obtain credit and your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you agree to pay the extra cost by checking the coverage and signing below. The cost of the coverage is shown in item 4 of the Itemization of Amount Financed.  
Check the coverage desired:  
☐ Life   (☐ Buyer  ☐ Co-Buyer)  
☐ Disability ( ☐ Buyer  ☐ Co-Buyer)  
N/A  
Insurance Company Name

You want to buy coverage checked above for the term of the contract and at the cost listed in item 4 at right.

X/A _____ N/A  
Buyer Signature         Date  
X/A _____ N/A  
Co-Buyer Signature     Date

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price  
(Including a documentary fee of $ 179.55 ) ............................................. $ 15174.55 (1)

2. Down Payment  
Trade-In (Year, Make, Model) 2012 CHEVROLET CRUZE  
   a. Gross Trade-In Allowance ................................ $ 4200.00  
   b. Less Payoff Made by Seller ............................. $ 14650.00  
   c. Equals Net Trade-In (a minus b) ....................... $ -10450.00  
   d. Cash ........................................................ $ 15229.94  
   e. Other N/A ................................................. $ N/A  
Total Downpayment (c + d + e) (If negative, enter "0" and see line 4h, below) $ 4779.94 (2)

3. Unpaid Balance of Cash Price (1 minus 2) ............................................. $ 10394.61 (3)

4. Paid to Others on Your Behalf  
To Public Officials for:  
   a. Title & Registration Fees ............................... $ 541.00  
   b. Lien Filing Fee ........................................... $ 10.00  
   c. Taxes (not in Cash Price) .............................. $ 539.75  
   d. Other N/A ................................................ $ N/A  
*To Insurance Companies for:  
   e. Physical Damage Insurance ........................... $ N/A  
   f. Credit Life Insurance ..................................... $ N/A  
   g. Credit Disability Insurance ............................. $ N/A  
To Others:  
   h. To N/A ____ for prior credit or lease balance  $ N/A  
   *i. To N/A ____ for optional GAP Contract        $ N/A  
   *j. To N/A ____ for N/A                           $ N/A  
   *k. To N/A ____ for N/A                           $ N/A  
   *l. To N/A ____ for N/A                           $ N/A  
   *m. To N/A ____ for N/A                           $ N/A  
   *n. To N/A ____ for N/A                           $ N/A  
   *o. To N/A ____ for N/A                           $ N/A  
   *p. To N/A ____ for N/A                           $ N/A  
Total Paid to Others (Add 4a through 4p) ................................................ $ 1090.75 (4)

5. Amount Financed (3 + 4) ...................................................................... $ 11485.36 (5)  
*We may be retaining a portion of these amounts.

A GAP CONTRACT (debt cancellation contract) is optional and is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown on line 4i in the Itemization of Amount Financed section. See your gap contract for details on the terms and conditions it provides. It is a part of this contract. I want to buy a GAP Contract:

Term N/A Months  Name of GAP Company N/A   Buyer Signature X/A

**HOW THIS CONTRACT CAN BE CHANGED: IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.**

Buyer Signature X [signature]       Co-Buyer Signature X [signature]

**NOTICE TO CONSUMER (BUYER):** (1) Do not sign this paper before you read it. (2) You are entitled to a copy of this paper. (3) You may prepay the unpaid balance at any time without penalty, and may be entitled to receive a refund of unearned charges in accordance with law.

*The Annual Percentage Rate may be negotiable with the Dealer. The Dealer may assign this contract and retain its right to receive a part of the Finance Charge. Do not sign this Contract on a Sunday.*

You are certifying that you are at least 18 years old, that you have read this contract, front and back, and agree to its terms, and that you received a completely filled-in copy when you signed it. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it.

X [signature]  03/10/2018     X [signature]  03/10/2018  
Buyer Signature    Date        Co-Buyer Signature  Date  
N/A                N/A         X [signature]       03/10/2018  
Signature of Co-Owner Not Obligated on Debt Consenting to and Granting Security Interest  Date    Dealer's Authorized Representative  Date

**FOR DEALER'S USE ONLY: DEALER'S ASSIGNMENT**  
Dealer assigns its interest in this contract to DUTRAC COMMUNITY CREDIT UNION (Assignee) under the terms of the Dealer's agreement(s) with Assignee.  
Check one: ☒ Assigned without recourse  ☐ Assigned with limited recourse  ☐ Assigned with recourse  
MCGRATH HYUNDAI VOLKSWAGEN                                      BUSINESS MANAGER  
Dealership Name              Dealer's Authorized Representative    Dealer Representative's Title

RIC17 (Rev. 10/17) © IADA Services, Inc.

ORIGINAL

# Contract Terms and Conditions

1. **Parties.** In this contract, the words "we," "us" and "our" refer to the creditor (seller) and to any holder to whom this contract is sold. The words "you" and "your" refer to the buyer and co-buyer, if any.

2. **Payment.** The "Cash Price" of the vehicle is listed on the front of this contract. By signing this contract, you have agreed to buy the vehicle on credit. The credit price is the amount shown as "Total of Payments" which you promise to pay. You must make all payments when due. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose. You may prepay this debt at any time. We will refund any unearned finance charges as the law requires. There will be no refund of less than $1.00.

3. **Finance Charge.** The actual amount of finance charges you will pay depends on your payment patterns. The actual finance charge is calculated by applying the annual percentage rate to the unpaid balance of the amount financed on a daily basis until the amount financed is repaid in full. The actual finance charge may be more than the finance charge disclosed on the front if you make your payments later than the scheduled dates or in less than the scheduled amount. If any payment is not paid in full within 10 days after it is due, you will be charged a maximum of $30.00 or an amount not exceeding 5% of that part of the payment which is late, whichever is less.

4. **Right to Refinance Balloon Payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you may refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

5. **Security Interest.** We retain a security interest under the Uniform Commercial Code in the vehicle you are buying. This security interest includes any accessories, equipment and replacement parts installed in the vehicle. You also assign to us any proceeds (up to the amount of the unpaid balance) of any insurance or service contracts on the vehicle or proceeds from life or disability insurance which is financed in this contract. You appoint us as your attorney-in-fact to note the security interest on the vehicle title. You must take care of the vehicle, and obey all laws in using it. You may not sell the vehicle without our prior express consent. You must keep the vehicle free from the claims of others. You may not rent, transfer, or encumber this vehicle or remove any part from it. You will maintain a current license and registration on the vehicle during the term of this contract. You will not remove the vehicle from the continental United States and you will notify us immediately of any change of your address.

6. **Vehicle Use.** You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, charges on the vehicle, you agree to repay the amount when we ask for it.

7. **Risk of Loss and Vehicle Insurance.** You are solely responsible for any loss, damage, theft or destruction of the vehicle. You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. If at any time you do not have physical damage insurance which covers both your interest and our interest in the vehicle, then we may buy the insurance for you. We are under no obligation to do so. The insurance we buy will be substantially the same as the insurance you are required to maintain, except that we may choose to insure both your interest and our interest, or only our interest. If we buy either of these coverages, we will let you know what type it is and the charge you must pay. The charge will be the cost of insurance and a finance charge, at a rate equal to the annual percentage rate on the front of this contract. You agree to pay the charge in equal installments along with the payments shown on the payment schedule, or pay the charge in full upon demand, at our option. If the vehicle is lost or damaged, you agree that we can use any insurance settlement either to repair the vehicle or to apply it to your debt.

8. **Returned Check Charge.** You agree to pay a charge of $30.00 if any check you give us is dishonored.

9. **Late Payment.** Acceptance of a late payment or late charge does not excuse your default or mean that you can keep making payments after they are due. We may take steps described herein if there is a default.

10a. **Default.** If you break your promises (default), we may demand that you pay all you owe at once after we give you any notice of default and opportunity to cure the law requires. If you purchased the vehicle primarily for personal, family or household use, default means: (1) You pay any payment more than 10 days late or not at all; or (2) You made a material misrepresentation when you applied for credit, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that, we will only treat these events as defaults if they materially impair the condition or value of the vehicle, our right in the vehicle, or the prospect that you will pay. If you purchased the vehicle primarily for business or agricultural use, default means: (1) You fail to make any payment when due, or (2) You made a material misrepresentation when you applied for credit, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract.

10b. If you default, and after we give you any notice and opportunity to cure that the law requires, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we repossess the vehicle, you may be able to pay to get it back. We will tell you how much to pay to get the vehicle back (redeem). Your right to redeem ends when we sell the vehicle. If you do not pay to get the vehicle back, the vehicle will be sold. We will send you a written notice of sale before selling the vehicle. The money from the sale will be used to pay the amount you owe, less any expenses the law allows us to charge you. These expenses are those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale and sell it. Unless you are an individual or a partnership of individuals, you will also have to pay the attorney's fee and court costs we incur to collect what you owe. If money from the sale is not enough to pay the amount you owe, and unless otherwise provided by law, you will owe us the deficiency. If you do not pay the deficiency balance when we ask, we may charge you interest on the amount of the deficiency at the annual percentage rate disclosed in this contract until you pay the deficiency balance in full. If there is any money left from the sale, we will pay that surplus to you.

10c. If we repossess the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for your personal items back, we may dispose of them as allowed by law.

11. **Servicing and Collection.** You authorize that we may try to contact you in writing, by e-mail, or using prerecorded or artificial voice messages, text messages, and automatic telephone dialing systems, to the extent permitted by law. You also authorize that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you, to the extent permitted by law.

12. **General.** Federal and Iowa law apply to this contract. If that law does not allow all of the agreements in this contract, the ones that are not allowed will be void. The rest of this contract will be valid. The paragraph headings are for convenience only and do not limit the terms of this contract.

13. **Warranty Disclaimer.** You understand that there are no implied warranties of merchantability, fitness for a particular purpose, or any other warranties, express or implied, covering the vehicle unless we provide you with a written warranty or service contract within 90 days from the date of this contract. If we do so, any implied warranty will last only as long as the limited written warranty.

This provision does not affect any warranties which may be provided by the vehicle manufacturer.

14. If you are buying a used vehicle, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. La Informacion que aparece en la ventanilla de este vehiculo forma parte de este contrato. La Informacion contenida en el formulario de la ventanilla anula cualquier prevision que establezca lo contrario y que aparezca en el contrato de venta.

15. **Authorization.** You authorize us to communicate with your spouse in connection with this contract and collection of debt.

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This notice does not apply if the vehicle was purchased primarily for business or agricultural use.



# STATE OF IOWA

## CERTIFICATE OF TITLE TO A VEHICLE — Regular

Designation
Title No. 31AD99152　　County Dubuque　　Issue Date 04/05/2018
VIN 2GCEK190281320591　　Type Truck

| | | | | | |
|---|---|---|---|---|---|
| Year | 2008 | Make Chevrolet | Model Silverado | Style | TK |
| Cyl. | 8 | Fuel Gasoline | Weight | GVWR | 7000 |
| Color | Silver | | LP. | Sq. Ft. | |
| Odometer | | | | Cumulative Damage | |

**Owner(s)**
Burken, Kimberly Ann　　Or
Burken, Adam Edward
1848 AMELIA DR
DUBUQUE IA 520018324

Prev. Title No./ST  56AB73666N / IA
Prev. Owner
Jackson, Peter Moses
3643 ARGYLE RD
KEOKUK IA 526329563

| | Fee | Penalty |
|---|---|---|
| Title Fees | $25.00 | $0.00 |
| Fee for New Reg | $539.75 | |
| Registration Fees | $33.00 | $0.00 |
| SI Fees | $10.00 | |
| Plate Fees | $0.00 | |
| Other Fees | $3.00 | |
| Totals | $610.75 | $0.00 |

**1ST Security Interest**　　If there are NO Security Interests "X" here: ☐
Date: 04/04/2018　　No. 31L06293108
Held By: Dutrac Community Credit Union
Address: PO Box 3250 Dubuque IA 52004

Cancellation of 1ST Security Interest
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**2ND Security Interest**
Date:
Held By:
Address:

Cancellation of 2ND Security Interest
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**3RD Security Interest**
Date:　　No:
Held By:
Address:

Cancellation of 3RD Security Interest
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

Witness My Hand

Eric Stierman　　By: JF　　Deputy
County Treasurer

THIS TITLE CONTAINS AN EAGLE WATERMARK VISIBLE WHEN HELD TO LIGHT

VOID

# 2008 Chevrolet Silverado 1500
## Extended Cab LT 4WD

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $6,250 | $7,500 | $8,525 | $11,375 |
| Mileage (132,390) | $175 | $175 | $175 | $175 |
| Total Base Price | $6,425 | $7,675 | $8,700 | $11,550 |
| Options |  |  |  |  |
| **Price + Options** | **$6,425** | **$7,675** | **$8,700** | **$11,550** |

| Popular Chevrolet Models | Popular Chevrolet Vehicl... | Car Shopping Guides | Cars By Price |
|---|---|---|---|
| Chevrolet Silverado 1500 | 2019 Chevrolet Silverado 1500 | 10 Most Popular Midsize SUVs an... | Under $15,000 |
| Chevrolet Silverado 2500HD | 2019 Chevrolet Equinox | Warning Signs You Need New Bra... | $15,000 - $25,000 |
| Chevrolet Equinox | 2019 Chevrolet Colorado | Most Reliable Crossovers and SU... | $25,000 - $35,000 |
| Chevrolet Colorado | 2019 Chevrolet Silverado 2500HD | 10 Most Popular Luxury Cars | $35,000 - $45,000 |
| Chevrolet Traverse | 2019 Chevrolet Corvette | 2019 Vehicle Dependability: Most... | $45,000 - $55,000 |
| Chevrolet Corvette | 2019 Chevrolet Traverse | How to End Your Lease Early | $55,000 - $65,000 |
| Chevrolet Tahoe | 2018 Chevrolet Silverado 1500 | 10 Most Popular Large SUVs and... | $65,000 - $75,000 |
| Chevrolet Camaro | 2018 Chevrolet Equinox | 2019 Vehicle Dependability: Most... | Over $75,000 |
| Chevrolet Silverado 3500HD | 2018 Chevrolet Colorado | 10 Most Popular Compact SUVs a... |  |
| Chevrolet Malibu | 2018 Chevrolet Silverado 2500HD | 2019 Vehicle Dependability: Most... |  |

© 2019 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.