United States Bankruptcy Court
Northern District of Iowa

In re:                                                              Case No. 19-01233-TJC
Adam Edward Burken                                                  Chapter 7
Kimberly Ann Burken
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 2            Date Rcvd: Jan 16, 2020
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db/jdb      +Adam Edward Burken,  Kimberly Ann Burken,   1848 Amelia Dr,   Dubuque, IA 52001-8324
cr          +DuTrac Community Credit Union,   3465 Asbury Road,   Dubuque, IA 52002-2845
cr           First Central State Bank,   P.O. Box 119,   DeWitt, IA 52742-0119
2255939     +ASC/PNC Bank,   6805 Vista Drive,   Ashford l Building,   West Des Moines, IA 50266-9307
2266930     +Aspire Servicing Center,   PO Box 659705,   West Des Moines, IA 50265-0970
2255941     +Best Buy/CBNA,   Attn: Bankruptcy Dept.,   PO Box 6497,   Sioux Falls, SD 57117-6497
2255945     +DuTrac CCU,   Attn: Bankruptcy Dept.,   3465 Asbury Rd.,   Dubuque, IA 52002-2845
2255946     +Equifax,   Attn: Bankruptcy Dept.,   P.O. Box 740241,   Atlanta, GA 30374-0241
2255947     +Experian,   Attn: Bankruptcy Dept.,   P.O. Box 2002,   Allen, TX 75013-2002
2255948     +First Central State Bank,   914 6th Ave,   De Witt, IA 52742-1331
2259343    +++First Central State Bank,   c/o Douglas R. Lindstrom, Jr.,   220 N. Main Street, Suite 600,
              Davenport, IA 52801-1953
2270314     +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
              c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
2255953      Transunion,   Attn: Bankruptcy Dept.,   P.O. Box 1000,   Crum Lynne, PA 19022
2255955     +US Dept of Education,   2401 International,   PO Box 7859,   Madison, WI 53707-7859
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QSLSCHNITTJER.COM Jan 17 2020 03:23:00      Sheryl Schnittjer,   24695 207th Ave.,
              Delhi, IA 52223-8414
cr          +EDI: PRA.COM Jan 17 2020 03:23:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
2255940     +E-mail/Text: bknotices@bankofthewest.com Jan 16 2020 22:17:27      Bank of the West,
              13505 California St.,   Omaha, NE 68154-5247
2255942     +EDI: CITICORP.COM Jan 17 2020 03:23:00      CitiCards CBNA,   Attn: Bankruptcy Dept.,
              PO Box 6241,   Sioux Falls, SD 57117-6241
2255943      E-mail/Text: speterson@collinscu.org Jan 16 2020 22:17:26      Collins Community Credit Union,
              1150 42nd St NE,   PO Box 10500,   Cedar Rapids, IA 52410-0500
2255944      EDI: DISCOVER.COM Jan 17 2020 03:23:00      Discover Financial Services LLC,
              Attn: Bankruptcy Dept.,   PO Box 15316,   Wilmington, DE 19850
2267099      EDI: DISCOVER.COM Jan 17 2020 03:23:00      Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH 43054-3025
2255949     +EDI: CHASE.COM Jan 17 2020 03:23:00      JPMCB Card Services,   PO Box 15369,
              Wilmington, DE 19850-5369
2267334      EDI: NAVIENTFKASMSERV.COM Jan 17 2020 03:23:00      NAVIENT PC TRUST,
              C/O Navient Solutions, LLC.,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
2255950     +EDI: NAVIENTFKASMSERV.COM Jan 17 2020 03:23:00      Navient,   123 Justison St 3rd Floor,
              Wilmington, DE 19801-5363
2267149     +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 22:17:27      Nelnet,
              121 South 13th Street, Suite 201,   Lincoln, NE 68508-1922
2255951     +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 22:17:27      Nelnet,   PO Box 82561,
              Lincoln, NE 68501-2561
2255952     +EDI: RMSC.COM Jan 17 2020 03:23:00      SYNCB/Sam's,   Attn: Bankruptcy Dept.,   PO Box 965005,
              Orlando, FL 32896-5005
2256067     +EDI: RMSC.COM Jan 17 2020 03:23:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
2255954     +E-mail/Text: wepkingc@uwplatt.edu Jan 16 2020 22:17:28      U.W. Platteville,   1 University Plz,
              Platteville, WI 53818-3099
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                           Signature:   /s/Joseph Speetjens

```
District/off: 0862-2          User: admin              Page 2 of 2              Date Rcvd: Jan 16, 2020
                              Form ID: 318             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Douglas Robert Lindstrom, Jr.    on behalf of Creditor    First Central State Bank
               dlindstrom@l-wlaw.com,   kmefferd@l-wlaw.com
              Dustin Abraham Baker    on behalf of Debtor Adam Edward Burken dustin@henkelsbaker.com,
               dustin@henkelsbaker.com;hillary@henkelsbaker.com;margaret@henkelsbaker.com;office@henkelsbaker.co
               m;bakerdr45649@notify.bestcase.com
              Dustin Abraham Baker    on behalf of Joint Debtor Kimberly Ann Burken dustin@henkelsbaker.com,
               dustin@henkelsbaker.com;hillary@henkelsbaker.com;margaret@henkelsbaker.com;office@henkelsbaker.co
               m;bakerdr45649@notify.bestcase.com
              Sheryl   Schnittjer    delhisls926@gmail.com,   sschnittjer@ecf.axosfs.com
              Tonya A. Trumm    on behalf of Creditor    DuTrac Community Credit Union ttrumm@octhomaslaw.com,
               abrown-aitchison@octhomaslaw.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Adam Edward Burken | Social Security number or ITIN  xxx–xx–1162 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly Ann Burken | Social Security number or ITIN  xxx–xx–7707 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  Northern District of Iowa

Case number:  19–01233

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Adam Edward Burken                                           Kimberly Ann Burken

1/16/20                                                                **By the court:**  Thad J. Collins
                                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**